KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

FILED
SEP 28 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

Original

LODGED
SEP 24 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ENTERED
SEP 29 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

SARAH V. AMEZAGA

Debtor(s).

Case No.: LA10-17015-EC

CHAPTER 13

ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION MORTGAGE PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4) AND L.B.R. 3015-1(m)(7) AND ORDER APPROVING ATTORNEY OF RECORD'S FEES PURSUANT TO L.B.R. 3015-1(u)

DATE:     September 09, 2010
TIME:     1:30 pm
PLACE:    Courtroom 1639 - 16th Floor
          255 E. Temple St.
          Los Angeles, CA 90012

On September 09, 2010 at 1:30 pm in Courtroom 1639 - 16th Floor, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Ellen Carroll held the confirmation hearing in this matter. Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Chapter 13 case shall be dismissed for failure to make all required preconfirmation mortgage payments pursuant to 11 U.S.C. §1307(c)(4) and L.B.R. 3015-1(m)(7).

IT IS FURTHER ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved;
2. That all pending motions and adversary proceedings in this case are moot and dismissed.

DATED: 9/28/10
ᴋ

_____
UNITED STATES BANKRUPTCY JUDGE

| In re: SARAH V. AMEZAGA | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: **LA10-17015-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION MORTGAGE PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4) AND L.B.R. 3015-1(m)(7) AND ORDER APPROVING ATTORNEY OF RECORD'S FEES PURSUANT TO L.B.R. 3015-1(u)**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 9/14/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/14/10 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1
Page 2 of 3

| In re: **SARAH V. AMEZAGA** | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: **LA10-17015-EC** |

## Service List

SARAH V. AMEZAGA
9068 CHANEY AVENUE
DOWNEY, CA 90240

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: **SARAH V. AMEZAGA** | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: **LA10-17015-EC** |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) "**ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION MORTGAGE PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4) AND L.B.R. 3015-1(m)(7) AND ORDER APPROVING ATTORNEY OF RECORD'S FEES PURSUANT TO L.B.R. 3015-1(u)**", was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below

☐ Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

Page 1 of 2

| In re: **SARAH V. AMEZAGA** | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: **LA10-17015-EC** |

## Service List

SARAH V. AMEZAGA
9068 CHANEY AVENUE
DOWNEY, CA 90240

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**